KRISTEN T. GALLAGHER (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Gregg A. Dennis,*
*Investment Insurance Services, Inc. dba I.I.S. Benefits &*
*Southern Nevada Benefit Administrators LLC dba*
*IIS Benefit Administrators*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST BUSTOS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>GREGG A. DENNIS, d/b/a IIS BENEFIT ADMINISTRATORS,<br><br>INVESTMENT INSURANCE SERVICES, INC. d/b/a IIS BENEFIT ADMINISTRATORS<br><br>and<br><br>SOUTHERN NEVADA BENEFIT ADMINISTRATORS LLC<br><br>　　　　Defendants. | CASE NO.: 2:17-cv-00822-KJD-VCF<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(Second Request) |

Pursuant to Local Rules IA 6-1 and 7-1, defendants Gregg A. Dennis, Investment Insurance Services, Inc. dba I.I.S. Benefits and Southern Nevada Benefit Administrators LLC dba IIS Benefit Administrators (collectively, "Defendants") and plaintiff Ernest Bustos ("Plaintiff"), hereby stipulate and agree to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss First Amended Complaint (ECF No. 25) from July 19, 2017 to August 2, 2017. Plaintiff has requested additional time to respond to the Motion to Dismiss due to some unexpected and impending deadlines recently ordered in another pending litigation.

…

…

…

This is the second request by the parties.

DATED this 14th day of July, 2016.
McDONALD CARANO LLP

By: /s/ Kristen T. Gallagher
Kristen T. Gallagher (NSBN 9561)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

*Attorneys for Defendants Gregg A. Dennis, Investment Insurance Services, Inc. dba I.I.S. Benefits & Southern Nevada Benefit Administrators LLC dba IIS Benefit Administrators*

By: [signature]
Ernest R. Bustos
2163 Encino Loop
San Antonio, Texas 78259
Telephone: (210) 313-3787
ERB1ASSOC2@aol.com

*Plaintiff*

IT IS SO ORDERED:

[signature]
UNITED STATES DISTRICT JUDGE

DATED: 7/18/2017

4844-2093-4475, v. 1