UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

ERNEST BUSTOS,

        Plaintiff,

vs.

GREGG A. DENNIS, d/b/a IIS BENEFIT ADMINISTRATORS, *et al.*,

        Defendants.

2:17-cv-00822-KJD-VCF

**ORDER**

This matter is before the court on the Request to Allow Plaintiff to File Electronically (ECF No. 51).

Having reviewed and considered the matter, and good cause appearing,

IT IS ORDERED that Request to Allow Plaintiff to File Electronically (ECF No. 51) is GRANTED with the following provisions:

1. On or before April 13, 2018, Plaintiff must provide certification that he has completed the CM/ECF tutorial and is familiar with Part IC- Electronic Case Filing of the Local Rules that is accessible on this Court's website.

2. Plaintiff is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

After he has complied with the above, Plaintiff can contact the CM/ECF Help Desk at (702) 464-5555 to set up his CM/ECF account.

DATED this 2nd day of April, 2018.

                              CAM FERENBACH
                              UNITED STATES MAGISTRATE JUDGE