# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ERNEST BUSTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGG A. DENNIS, d/b/a IIS BENEFIT ADMINISTRATORS, *et al.*,<br><br>    Defendants. | 2:17-cv-00822-KJD-VCF<br>**ORDER** |

  Before the court are the Motion for Hearing Before Magistrate Judge re: [74] Scheduling Order (ECF NO. 79) and Motion for Extension of Time re: [74] Scheduling Order (ECF NO. 80).

  Accordingly,

  IT IS HEREBY ORDERED that any opposition to the Motion for Hearing Before Magistrate Judge re: [74] Scheduling Order (ECF NO. 79) and Motion for Extension of Time re: [74] Scheduling Order (ECF NO. 80) must be filed on or before October 7, 2019. No reply necessary.

  DATED this 30th day of September, 2019.

                      _____
                      CAM FERENBACH
                      UNITED STATES MAGISTRATE JUDGE