# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| ERNEST BUSTOS, | |
|---|---|
| Plaintiff, | |
| vs. | 2:17-cv-00822-KJD-VCF |
| GREGG A DENNIS, *et al.*, | **ORDER** |
| Defendants. | |

Before the court is Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions (ECF NO. 95).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Plaintiff's Motion to Compel Answers to Interrogatories and Production of Documents and for Sanctions (ECF NO. 95) is scheduled for 10:00 AM PST, March 18, 2020, in Courtroom 3D, U.S. District Court, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that Ernest Bustos must be present in person at the 10:00 AM, March 18, 2020 hearing.

DATED this 22nd day of January, 2020.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE