# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ERNEST BUSTOS,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGG A. DENNIS, d/b/a IIS BENEFIT ADMINISTRATORS,<br><br>INVESTMENT INSURANCE SERVICES, INC. d/b/a IIS BENEFIT ADMINISTRATORS<br><br>And<br><br>SOUTHERN NEVADA BENEFIT ADMINISTRATORS LLC,<br><br>        Defendants. | 2:17-cv-00822-KJD-VCF<br><br>**ORDER** |

        Due to the evolving health crisis in the community regarding COVID-19, and consistent with the recommendations of the CDC to ensure the safety of the community through social distancing, IT IS HEREBY ORDERED that the hearing scheduled for 10:00 AM, March 18, 2020, will be held by telephone.

        The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

        DATED this 17th day of March, 2020.

                                                                                   CAM FERENBACH<br>
                                                                                UNITED STATES MAGISTRATE JUDGE